13 A.3d 464

John PAYNE, Petitioner

v.

COMMON PLEAS COURT, Philadelphia County, Respondent.

No. 124 EM 2010.

Supreme Court of Pennsylvania.

Feb. 14, 2011.

## ORDER

PER CURIAM.

AND NOW, this 14th day of February, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**